UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 06-61448-CIV-GOLD/McALILEY

Southern Waste Systems, LLC, and
Sun Recycling, LLC,

      Plaintiffs,

v.

The City of Coral Springs, Florida,
Waste Management Inc. of Florida,
and the Broward Solid Waste Disposal District,

      Defendants.

_____/

<u>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF
TIME IN WHICH TO FILE AN OPPOSITION TO DEFENDANTS' MOTIONS TO
DISMISS, AND ALTERNATIVE MOTIONS FOR A MORE DEFINITE STATEMENT</u>

THIS CAUSE having come before the Court upon Plaintiffs' Southern Waste

Services, LLC's ("SWS") and Sun Recycling, LLC's ("Sun") *Unopposed Motion for*

*Extension of Time in Which to File an Opposition to Defendants' Motions to Dismiss,*

*and Alternative Motions for a More Definite Statement* [DE 179], and the Court having

reviewed the unopposed motion and Court file, and being otherwise duly advised as to

the premises, it is hereby ORDERED AND ADJUDGED:

1.    The Motion [DE 179] is GRANTED.

2.    SWS and Sun shall have up to and including May 9, 2008, within which to

    serve their opposition to *Defendant Waste Management Inc. of Florida's*

    *Motion to Dismiss Plaintiffs' Third Amended Complaint, Alternative Motion*

    *for a More Definite Statement, Defendant, City of Coral Springs' Motion to*

    *Dismiss Third Amended Complaint,* and *Defendant's, Broward Solid*

- 1 -

*Waste Disposal District, Motion to Dismiss and Joinder in Defendant's,*

*Waste Management of Florida, Motion to Dismiss Plaintiffs' Third*

*Amended Complaint.*

DONE and ORDERED in chambers this ⌐day of May, 2008.

Alan S. Gold
United States District Judge

cc:

U.S. Magistrate Judge Chris M. McAliley
All counsel of record