UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-61448-CIV-GOLD

Southern Waste Systems, LLC, a Florida
limited liability company, and Sun Recycling,
LLC, a Florida limited liability company,

    Plaintiffs,

v.

The City of Coral Springs, Florida, a Florida
municipal corporation, Waste Management
Inc. of Florida, a Florida Corporation, and
the Broward Solid Waste Disposal District, a
Florida dependent special district,

    Defendants.
                                                           /

## AMENDED ORDER GRANTING PLAINTIFFS', SOUTHERN WASTE SYSTEMS, LLC AND SUN RECYCLING, LLC, THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE MOTION TO COMPEL DISCOVERY FROM DEFENDANT WASTE MANAGEMENT, INC. OF FLORIDA

      This Court's Order [DE 198] of June 20, 2008, regarding Plaintiff's Second Unopposed Motion for Extension of Time to Serve Motion to Compel Discovery from Defendant Waste Management Inc. of Florida, is hereby amended due to the erroneous submission of such Order by Plaintiffs, when the Order herein was intended to be submitted on Plaintiff's *Third Unopposed Motion for Extension of Time to Serve Motion to Compel Discovery from Defendant Waste Management Inc. of Florida* [DE 197].

      This cause having come before the Court upon Plaintiffs' Southern Waste Services, LLC's ("SWS") and Sun Recycling, LLC's ("Sun") *Third Unopposed Motion for Extension of Time to Serve Motion to Compel Discovery from Defendant Waste Management Inc. of Florida* [DE 197], and the Court having reviewed the unopposed motion and Court file, and

**being otherwise duly advised as to the premises, it is hereby:**

**That SWS's and Sun's motion is [DE 197] GRANTED; and**

**Plaintiffs shall have up to and including <u>July 18, 2008</u>, within which to contact Magistrate Judge Chris M. McAliley's Chambers to place the matter on the next available discovery calendar pursuant to the Discovery Procedure for the Magistrate Judge.  <u>No written motion shall be filed</u>.**

**DONE AND ORDERED in Chambers, at Miami, Florida this 26th day of June, 2008.**

_____
**ALAN S. GOLD
U.S. DISTRICT JUDGE**

cc: All counsel of record