UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 06-61448-CIV-GOLD/McALILEY

SOUTHERN WASTE SYSTEMS, LLC.,
a Florida limited liability company, and
SUN RECYLCING, LLC, a Florida limited
liability company,

        Plaintiffs,
vs.

THE CITY OF CORAL SPRINGS, FLORIDA,
a Florida Municipal Corporation, WASTE
MANAGEMENT, INC. OF FLORIDA, a Florida
corporation, and the BROWARD SOLID WASTE
DISPOSAL DISTRICT, a Florida dependent special
district,

        Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT; REQUIRING SUBMISSION

**THIS CAUSE** is before the Court upon Defendant Waste Management Inc. of Florida's Motion to Dismiss Plaintiffs' Third Amended Complaint, Alternative Motion for a More Definite Statement [DE 175], which Defendants City of Coral Springs and Florida Broward Solid Waste Disposal District have joined [DE 176, 177]. The parties filed a response and reply, and I held oral argument on August 22, 2008. Having reviewed the pleadings, the applicable law and the parties' arguments, for the reasons stated of record, it is hereby **ORDERED AND ADJUDGED** that the Defendants' motions to dismiss and, in the alternative, motion for a more definite statement **[DE 175, 176, 177]** are **DENIED**. The parties are further **ORDERED** to file, by September 15, 2008, an amended joint scheduling report and proposed scheduling order, including dates certain in a complete version of Appendix I attached to this Order.

1

**DONE and ORDERED** in Chambers at Miami, Florida, this 25 day of August, 2008.

                                                                 THE HONORABLE ALAN S. GOLD
                                                                 U.S. DISTRICT COURT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
Counsel of record

## **APPENDIX I**

| DATE | ACTION |
|---|---|
| By | The parties shall exchange the information required by Fed.R.Civ.P. 26(a)(1). |
| By | Plaintiff's counsel, or any other attorney agreed upon by all parties, shall file a Designation of Mediator. If there is no agreement on a mediator, the parties shall notify the Clerk in writing and the Clerk shall designate a mediator. |
| By | The parties shall conduct a discovery conference as required by Fed.R.Civ.P. 26(f) (as amended December 1, 2006). **Where applicable, the discussion shall include the discovery of electronically stored information as set forth in Fed.R.Civ.P. 26(f) (as amended December 1, 2006).** |
| By | The parties shall submit a proposed discovery plan as required by Fed.R.Civ.P 26(f) (as amended December 1, 2006). The discovery plan shall be included in the parties' response to this Order. **In the event a discovery plan cannot be agreed to in good faith, the parties shall state which agreements have been reached, and which disagreements remain to be resolved. Where there is disagreement, the parties shall state their respective positions. Thereafter, the Court shall refer the matter to the Magistrate Judge for hearing and resolution.** |
| By | Each party shall exchange preliminary lists of all witnesses then believed to have knowledge of the facts supporting the material allegations of the pleading filed by that party, and each party shall exchange all documents then available or subject to its control that they contemplate using as evidence in support of any allegations of the pleading filed by that party. |

| DATE | | ACTION |
|---|---|---|
| By | | All non-dispositive pretrial motions (including motions pursuant to Fed.R.Civ.P. 14, 15, 18 through 22, and 42 motions) shall be filed. Any motion to amend or supplement the pleadings filed pursuant to Fed.R.Civ.P. 15(a) or 15(d) shall comport with S.D.Fla.L.R. 15.1 and shall be accompanied by the proposed amended or supplemental pleading and a proposed order as required. **When filing non-dispositive motions, the filing party must attach a proposed order to the motion well as emailing the proposed order to gold@flsd.uscourts.gov. Failure to provide the proposed order may result in denial of the motion without prejudice.** Please refer to the docket entry number on the proposed order. The Complete CM/ECF Administrative Procedures are available on the Court's Website at www.flsd.uscourts.gov |
| By | | Plaintiff shall furnish opposing counsel with a written list containing the names and addresses of all <u>expert</u> witnesses intended to be called at trial and only those expert witnesses listed shall be permitted to testify. |
| By | | Defendant shall furnish opposing counsel with a written list containing the names and addresses of all expert witnesses intended to be called at trial and only those expert witnesses listed shall be permitted to testify. |
| By | | The parties shall comply with S.D.Fla.L.R. 16.1 K concerning the exchange of expert witness summaries and reports. This date shall supercede any other date in local rule 16.1 K. |
| By | | Rebuttal expert reports shall be filed. |
| By | | All expert discovery shall be completed. |
| By | | All non-expert discovery shall be completed. |

|      | **DATE** | **ACTION** |
|------|----------|------------|
| By   |          | All dispositive pretrial motions and memoranda of law must be filed. **If any party moves to strike an expert affidavit filed in support of a motion for summary judgment** [for reasons stated in *Daubert v. Merrill Dow Pharmaceuticals, Inc*, 509 U.S. 579, 125 L.Ed. 2d 469, 113 S.Ct. 2786 (1993) and *Kumho Tire Company, Ltd. v. Carmichael,*_-U.S._, 119 S.Ct. 1167, 143 L.Ed.2d 238 (1999)], **the motion to strike shall be filed with that party's responsive memorandum.** Please carefully review the amended instructions for filing motions for summary judgment. |
| By   |          | Mediation shall be completed. [Ninety days prior to the mediation date, counsel for Plaintiff shall file a notice with the Court indicating the name of the Mediator as well as the place, date and time mediation will take place]. |
| By   |          | **Pretrial Stipulation and *Motions in Limine*.** The joint pretrial stipulation shall be filed pursuant to S.D.Fla.L.R. 16.1(E). In conjunction with the Joint Pretrial Stipulation, the parties shall file their motions in limine. |
| On   |          | Proposed pretrial conference date. |
| On   |          | Proposed trial date. |