UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 06-61448-CIV-GOLD/TURNOFF

Southern Waste Systems, LLC, a
Florida limited liability company, and
Sun Recycling, LLC, a Florida limited
liability company,

    Plaintiffs,

v.

The City of Coral Springs, Florida, a
Florida municipal corporation, Waste
Management Inc. of Florida, a Florida
Corporation, and the Broward Solid
Waste Disposal District, a Florida
dependent special district,

    Defendants.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT IN EXCESS OF TWENTY PAGES [DE 253]

THIS CAUSE having come before the Court upon Defendant's Motion for Leave to File Motion for Summary Judgment in Excess of Twenty Pages [DE 253], and the Court having reviewed the unopposed motion and Court file, and being otherwise duly advised as to the premises, it is hereby

ORDERED AND ADJUDGED:

1.    That Motion [DE 253] is GRANTED.

2.    Defendant Waste Management Inc. is permitted to file a Motion for Summary Judgment and Incorporated Memorandum of Law in excess of twenty pages and up to forty pages.

- 2 -

DONE AND ORDERED at Miami, Florida this 22nd day of July, 2009.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record