UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Southern Waste Systems, LLC, and　　　　　　　Case No. 06-61448-CIV-GOLD
Sun Recycling, LLC,

      Plaintiffs,

v.

The City of Coral Springs, Florida,
Waste Management, Inc. of Florida, and,
The Broward Solid Waste Disposal District,

      Defendants.
_____/

### Response to Waste Management Inc. of Florida's Motion for Leave to File Brief in Excess of Twenty Pages

Plaintiffs Southern Waste Systems, LLC ("SWS") and Sun Recycling, LLC ("Sun") by and through their undersigned counsel file this their response to Waste Management, Inc. of Florida's ("WMIF") *Motion for Leave to File Brief in Excess of Twenty Pages*, and state as follows:

While Sun and SWS do not object *per se* to WMIF's motion to exceed the page limits, WMIF's motion should recognize that by seeking to expand its brief by up to forty pages that the response to such brief will almost certainly need to exceed twenty pages which in turn, like dominos, will likely result in a request that the reply similarly exceed the rule-established page limits. This is not to say that WMIF should not be able to address the various issues in this case adequately in a more modest extension of the page limits.

Rather than deal in piece-meal motions and also ignore the likely result of WMIF's request, SWS and Sun believe that the parties should address the ramifications of WMIF's request now, and so advised WMIF. SWS and Sun submit that the Court should allow any

movant for summary judgment to utilize however many pages the Court grants to WMIF, if any; that any memorandum in opposition to a motion for summary judgment not exceed the number of pages actually utilized in the motion to which such opposition is directed. That the reply to any memorandum of law not exceed more than one-half of the number of pages in the opposition to which such reply is directed; and that the statement of undisputed facts required under Local Rule 7.5(c) in support of any motion for summary judgment, and the corresponding counter-statement under the same rule, not exceed one-half of the number of pages that the Court grants for the motions for summary judgment, if any.

Respectfully submitted,

/s/ W. Drew Sorrell
TERRY C. YOUNG
Florida Bar No. 0222364
MICHAEL V. ELSBERRY
Florida Bar No. 0191861
W. DREW SORRELL
Florida Bar No. 0160903
REBECCA E. RHODEN
Florida Bar No. 0019148
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
215 North Eola Drive
Post Office Box 2809
Orlando, Florida 32802
Telephone: (407) 843-4600
Facsimile: (407) 843-4444
Counsel for Southern Waste Systems, LLC

-3-

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on July 23, 2009, I electronically filed the foregoing with the Clerk of the Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of the Southern District of Florida using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notices from the Court under the CM/ECF system.

                                        /s/ W. Drew Sorrell