UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 06-61448-CIV-GOLD/TURNOFF

Southern Waste Systems, LLC, a
Florida limited liability company, and
Sun Recycling, LLC, a Florida limited
liability company,

    Plaintiffs,

v.

The City of Coral Springs, Florida, a
Florida municipal corporation, Waste
Management Inc. of Florida, a Florida
Corporation, and the Broward Solid
Waste Disposal District, a Florida
dependent special district,

    Defendants.
_____/

## ORDER CLARIFYING ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT IN EXCESS OF TWENTY PAGES [DE 254]

THIS CAUSE having come before the Court upon Plaintiffs' Response to Defendant's Motion for Leave to File Motion for Summary Judgment in Excess of Twenty Pages [DE 254], and the Court having reviewed the motion and Court file, and being otherwise duly advised as to the premises, it is hereby

ORDERED AND ADJUDGED that Plaintiffs's response to Defendant Waste Management Inc.'s Motion for Summary Judgment and Incorporated Memorandum of Law may be in excess of twenty pages and up to forty pages, and that Defendant Waste Management Inc.'s related reply may be in excess ten pages and up to twenty pgages.

Case No. 06-61448-CIV-GOLD/TURNOFF

DONE AND ORDERED at Miami, Florida this 24th day of July, 2009.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record