UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-61448-CIV-GOLD/TURNOFF

Southern Waste Systems, LLC, a
Florida limited liability company, and
Sun Recycling, LLC, a Florida limited
liability company,

    Plaintiffs,
v.

The City of Coral Springs, Florida, a
Florida municipal corporation, Waste
Management Inc. of Florida, a Florida
Corporation, and the Broward Solid
Waste Disposal District, a Florida
dependent special district,

    Defendants.
_____/

## ORDER FOLLOWING TELEPHONIC STATUS CONFERENCE

THIS CAUSE having come before the Court following a telephonic status conference held on August 3, 2009, during which Plaintiffs' Motion for Extension of Time to File Dispositive Pretrial Motions [DE 256] was discussed. For the reasons stated of record, it is hereby

ORDERED AND ADJUDGED:

1. Plaintiffs' Motion for Extension of Time to File Dispositive Pretrial Motions [DE 256] is GRANTED in PART.

2. Defendants shall file a response to Plaintiffs' Appeal of Magistrate Judge Decision [DE 263] by August 14, 2009. Plaintiffs shall file a reply by August 19, 2009.

3. Oral argument on the Appeal is hereby set before the Honorable Alan S. Gold, at the United States District Courthouse, Courtroom 11-1, Eleventh

- 2 -

Floor, 400 North Miami Avenue, Miami, Florida, on **Monday, August 24, 2009 at 5:30 p.m.**[1]  The Court has set aside one hour for this matter. Please notify the court immediately at (305) 523-5580 of any disposition or settlement of this case.

4. All dates are held in abeyance pending my ruling on the Appeal.

DONE AND ORDERED at Miami, Florida this 4th day of August, 2009.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record

---

[1] Although the Court announced the time for this hearing as 4:30 p.m., a conflict exists with the Court's calendar at that time, however, as mentioned to the parties, this hearing may be changed to an earlier time on August 24, 2009 if the Court's calendar permits. The Court will issue a further order if the time is changed.