UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 06-61448-CIV-GOLD/TURNOFF

Southern Waste Systems, LLC, a
Florida limited liability company, and
Sun Recycling, LLC, a Florida limited
liability company,

     Plaintiffs,
v.

The City of Coral Springs, Florida, a
Florida municipal corporation, Waste
Management Inc. of Florida, a Florida
Corporation, and the Broward Solid
Waste Disposal District, a Florida
dependent special district,

     Defendants.
_____/

ORDER GRANTING MOTIONS FOR LEAVE TO FILE EXCESS PAGES
[DE 270 AND 271]

THIS CAUSE having come before the Court upon Plaintiffs' Motion for Leave to File Excess Pages in Motions for Summary Judgment [DE 270] and Defendant Broward Solid Waste Disposal District's Motion for Leave to File Excess Pages for Statement of Undisputed Material Facts [DE 271], and the Court having reviewed the motion and Court file, and being otherwise duly advised as to the premises, it is hereby

ORDERED AND ADJUDGED that

- 2 -

1. The Motions [DE 270 and 271] are GRANTED. Plaintiffs' Motion for Summary Judgment and Defendants' responses to the Motion may be in excess of twenty pages and up to forty pages, and Plaintiffs' reply may be in excess of ten pages and up to twenty pages.

2. Defendant Broward Solid Waste Disposal District's Statement of Undisputed Material Facts may be in excess of ten pages and up to twenty pages.

DONE AND ORDERED at Miami, Florida this 28th day of August, 2009.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record