# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 26, 2010

FILED by _____ D.C.

JUN - 7 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Steven M. Larimore
United States District Court
301 N. Miami Avenue, Room 150
Miami, FL 33128-0000

Appeal Number: 10-10846-AA
Case Style: Southern Waste Systems, LLC, et al v. City of Coral Springs, Florid, et al
District Court Docket No: 0:06-cv-61448-ASG

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Shirley M. Brown
Phone #: (404) 335-6170

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

No. 10-10846-AA

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 26 2010
JOHN LEY
CLERK

SOUTHERN WASTE SYSTEMS, LLC,
a Florida limited liability company,

                        Plaintiff-Counter Defendant-Appellant,

SUN RECYCLING, LLC

                        Plaintiff-Appellant,

versus

CITY OF CORAL SPRINGS, FLORIDA,

                        Defendant-Counter Claimant-Appellee,

WASTE MANAGEMENT, INC. of FLORIDA,
a Florida corporation,
BROWARD SOLID WASTE DISPOSAL DISTRICT,

                        Defendants-Appellees.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE: CARNES and MARCUS, Circuit Judges.

BY THE COURT:

    Appellants' motion to dismiss this appeal with prejudice, with Appellants paying any outstanding taxable costs associated with this appeal, is GRANTED.

A True Copy
Attested:
Clerk U.S. Court of Appeals, Eleventh Circuit
By: Andrea Ware
Deputy Clerk Atlanta, Ga